1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
9                                      AT SEATTLE

10
    THE AUTHORS GUILD, *et al.*.,              Case No.:  05-CV-8136-JES
11
                        Plaintiffs,
12
           v.
13
    GOOGLE INC.,
14
                        Defendant.
15  _____

16  THE McGRAW-HILL COMPANIES, INC., *et*      Case No.:  05-CV-8881-JES
    *al.,*
17
                        Plaintiffs,
18
           v.
19
    GOOGLE INC.,
20
                        Defendant.
21  _____

22        **AMAZON.COM'S RESPONSES AND OBJECTIONS TO**
23          **SUBPOENA SERVED BY GOOGLE, INC.**

24        Amazon.com, Inc. hereby responds and objects to Google, Inc.'s subpoena for the

25  production of documents, issued by the United States District Court for the Western District of

26  Washington in connection with the above-entitled cases, and served on Amazon.com on October

27

Dockets.Justia.com

6, 2006. In the following, text from the Google subpoena is shown as single-spaced, indented text, while Amazon.com's responses and objections are shown in double-spacing.

## DEFINITIONS

The following definitions and instructions are applicable to and incorporated by reference in the Requests for Production of Documents and Tangible Things in Schedule A.

1. "The Author Plaintiffs" shall mean Associational Plaintiff, The Authors Guild, its subsidiaries, divisions, subdivisions, departments, predecessors, successors, joint ventures, present and former officers, directors, partners, principals, employees, representatives, professional staff members, agents, attorneys, and all other persons acting or purporting to act on its behalf and Individual Representative Plaintiffs Herbert Mitgang, Betty Miles, Daniel Hoffman, Paul Dickson and Joseph Goulden in the action pending in the United States District Court for the Southern District of New York styled as *The Authors Guild, et al. v. Google, Inc.*, Civil Action No. 05-CV-8136-JES.

2. "Publisher Plaintiffs" shall mean the plaintiffs in the action pending in the United States District Court for the Southern District of New York styled as *The McGrawHill Companies, Inc. v. Google, Inc.*, Civil Action No. 05-CV-8881-JES, and specifically includes the McGraw-Hill Companies, Inc., Pearson Education, Inc., Penguin Group (USA), Inc., Simon & Schuster, Inc., and Wiley & Sons, Inc., and each of their subsidiaries, divisions, subdivisions, departments, predecessors, successors, joint ventures, present and former officers, directors, partners, principals, employees, representatives, professional staff members, agents, attorneys, and all other persons acting or purporting to act on each of their behalf.

3. "Google" shall mean Defendant Google Inc., its subsidiaries, divisions, subdivisions, departments, predecessors, successors, joint ventures, present and former officers, directors, partners, principals, employees, representatives, professional staff members, agents, attorneys, and all other persons acting or purporting to act on its behalf.

4. "Google Book Search Library Project" shall mean the Google program in which books are scanned, indexed, and snippets made available to users through the Internet without the express permission of a copyright holder of such a book regardless of the name used to describe the program, including the names "Google Print for Libraries" or "Google Print Library Project."

5. "Amazon" shall mean Amazon.com, Inc., its subsidiaries, divisions, subdivisions, departments, predecessors, successors, joint ventures, present and former officers, directors, partners, principals, employees, representatives, professional staff members, agents, attorneys, and all other persons acting or purporting to act on its behalf.

6. "Amazon Book Search Project" shall mean any project (actual or contemplated) in which Amazon is involved in which an index of books or the contents of books, in

AMAZON.COM'S RESPONSES AND OBJECTIONS TO
SUBPOENA SERVED BY GOOGLE, INC. (05-CV-8136 and 05-CV-8881)
45000-801 \ 241387                    -2-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

whole or in part, are available to the public through an Internet search engine, including, but not limited to, Amazon's "search inside the book" and "look inside the book" products.

7. "Open Content Alliance" shall mean the non-profit entity described on the website http://www.openalliancecontent.org.

8. "Communication" shall be defined as the term is defined in Southern District of New York Local Civil Rule 26.3, and further shall mean the transmittal of information (in the form of facts, ideas, inquiries or otherwise), and includes oral and written communications and meeting minutes or notes such as discussions, speeches, voice mail, letters, memoranda, notes, and e-mail.

9. The term "Document" shall be defined as the term is defined in Southern District of New York Local Civil Rule 26.3 and shall be used as broadly as permitted under the Federal Rules of Civil Procedure. A draft or non-identical copy is a separate document within the meaning of this term.

10. The terms "concern" and "concerning" shall be defined as the terms are defined in Southern District of New York Local Civil Rule 26.3 and shall encompass relating to, referring to, describing, evidencing, or constituting.

11. The term "Person" shall be defined as the term is defined in Southern District of New York Local Civil Rule 26.3 and means any natural person or any business, legal, or governmental entity or association.

12. "Meeting" shall mean contemporaneous presence, whether in person or by telephone, video conference, or other similar means, of any natural persons, whether or not such presence was by chance or prearranged and whether or not the meeting was formal, informal or occurred in connection with some other activity.

13. "Policy," "policies," or "procedures," shall mean any rule, practice, or course of conduct, whether formal or informal, written or unwritten, recorded or unrecorded, which was recognized or followed, explicitly or implicitly, by You in conducting Your business, or which was required by You to be recognized or followed by any or all persons with whom you conducted business.

14. The term "electronic or digital rights" shall mean any right or purported right, whether statutory, contractual, or otherwise, to reproduce, prepare derivative works based upon, distribute, publish, perform, display, archive, store, or index or to license or sub-license any other Person to reproduce, prepare derivative works based upon, distribute, publish, perform, display, archive, store, or index any copyrighted work, or any portion of any copyrighted work, in any electronic or digital format or media, and includes, for example, such formats and media as e-books, computer files (such as XML, HTML, DOC, WPD, PDF, TIFF, JPEG, GIF, RTF, and TXT files), CDs, DVDs, Flash ROM, and the Internet.

AMAZON.COM'S RESPONSES AND OBJECTIONS TO
SUBPOENA SERVED BY GOOGLE, INC. (05-CV-8136 and 05-CV-8881)
45000-801 \ 241387                                                     -3-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

15. The term "electronic or digital copies" shall mean a copy of all or any portion of any work in any electronic or digital format or media, and includes, for example, such formats and media as e-books, computer files (such as XML, HTML, DOC, WPD, PDF, TIFF, JPEG, GIF, RTF, and TXT files), CDs, DVDs, Flash ROM, and the Internet.

16. The term "Lawsuits" shall mean the two lawsuits pending against Google that are styled as *McGraw-Hill Companies, Inc. et al. v. Google, Inc.*, Civil Action No.: 05-CV-8881-JES and *The Author's Guild et al. v. Google, Inc.*, Civil Action No.: 05-CV-8136-JES.

17. The term "You" or "Your" shall mean Amazon as defined above.

## INSTRUCTIONS

1. You are required to produce documents responsive to the Requests in Schedule A by the return date on the Subpoena.

2. If you have no documents responsive to a particular Request, Your response should specifically so state.

3. Google specifies the following manner of production for documents responsive to the Requests in Schedule A: (a) the documents and tangible things should be produced as they are kept in the regular course of business or, in the alternative, organized and labeled so as to correspond to the Requests in Schedule A; (b) the documents shall be serially numbered; and (c) the documents shall be copied, inspected, and photographed by Google to the extent Google desires.

4. If the original of a document is within your possession, custody or control, produce it; if not, produce such copy of it as is in your possession, custody or control. Any copy of a document on which any notation, addition, alteration or change has been made is to be treated as an additional original document.

5. All documents responsive to the Requests in Schedule A that you maintain in the normal course of business in an electronic format shall be produced in their native format along with the software that is necessary to interpret such files if such software is not readily available. You should produce such documents with the pertinent metadata concerning the document, which shall include the date(s) the document was last accessed, created, modified, or distributed, and the author(s) and recipient(s) of the document.

6. Except as otherwise expressly directed herein, each paragraph and subparagraph of the Requests in Schedule A should be construed independently and not by reference to any other paragraph or subparagraph herein for purposes of limiting the scope of the Request in Schedule A being answered.

AMAZON.COM'S RESPONSES AND OBJECTIONS TO
SUBPOENA SERVED BY GOOGLE, INC. (05-CV-8136 and 05-CV-8881)
45000-801 \ 241387                                                    -4-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

7. If any of the documents requested have been destroyed, identify each such document, state the date upon which the document was destroyed, and state the reason it was destroyed.

8. If you assert a claim of privilege or work product protection in objecting to any Request in Schedule A, identify with respect to each communication or document the nature and basis of the privilege claimed, and provide as much of the following information as is not encompassed by the privilege: its type; its general subject matter and purpose; its date; the names of persons making or receiving the communication or document, or a copy thereof or, if the communication was oral, of those present when it was made; their relationship to the author or speaker; and any other information needed to determine the applicability of the privilege or protection.

9. A protective order, which is attached hereto as Schedule B, has been entered in the Lawsuits. To the extent You deem documents responsive to the Subpoena to be "confidential," You are instructed to produce documents in accordance with its provisions.

10. If any Request in Schedule A is unclear, please contact the undersigned counsel and, if possible, the Request will be clarified in a reply letter. Any such reply letter may be treated as a modification of the Request.

11. If you contend that any Request in Schedule A is objectionable in whole or in part, state with particularity each such objection, the basis for it, and the categories of information and documents to which the objection applies, and respond to the Request insofar as it is not deemed objectionable.

## GENERAL OBJECTIONS

Amazon.com makes the following general objections to Google's subpoena. Each of these general objections is incorporated into each of Amazon.com's responses set forth below.

1. Amazon.com objects to Google's definitions and instructions to the extent they seek to impose on Amazon.com any obligations in addition to or different from those required by the Federal Rules of Civil Procedure and/or the Local Rules for the Western District of Washington.

2. Amazon.com objects to each and every request to the extent it is not limited to documents within Amazon.com's possession, custody or control.

3. Amazon.com objects to each and every request to the extent it is not limited as to the time period covered by the request. In this regard, too, the requests are overly broad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence.

AMAZON.COM'S RESPONSES AND OBJECTIONS TO
SUBPOENA SERVED BY GOOGLE, INC. (05-CV-8136 and 05-CV-8881)
45000-801 \ 241387                                                        -5-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

4.  Amazon.com objects to each and every request to the extent that it seeks documents protected by any privilege, including the attorney-client privilege, the work product doctrine, and/or any other applicable privilege.  Amazon.com hereby asserts all such privileges and will not disclose such privileged information in response to Google's subpoena.

5.  Amazon.com objects that the requests contained in Google's subpoena, individually and taken as a whole, are overbroad, not reasonably calculated to lead to the discovery of admissible evidence, and impose undue burden and expense on Amazon.com.  The requests potentially call for millions of documents, essentially all documents concerning Amazon.com's sale of books on its websites and all searching and indexing functions used by Amazon.com and/or made available to consumers to allow them to search for and purchase books on the websites.

6.  Amazon.com further objects that the requests contained in Google's subpoena, individually and taken as a whole, call for information that is highly confidential, proprietary and constitutes trade secrets of Amazon.com.  Google seeks to sell on-line advertising and to otherwise promote internet retailers that are in direct competition with Amazon.com.  The Google Print and Google Library projects reportedly seek to offer full-text search functionality similar to Amazon.com's Search Inside!™ feature.  The requests contained within the subpoena essentially seeks to discover all consideration, evaluation, strategies, decisions, legal analyses, implementation and results of Amazon.com's Search Inside!™ and Look Inside the Book™ features and potentially other search and indexing features available on Amazon.com's websites. Google has not shown and cannot show any substantial need to obtain Amazon.com's proprietary information.  The protective order that has been entered into among Google and the other parties in the above-entitled actions does not provide sufficient protection to prevent disclosure of Amazon.com's proprietary information.

7.  Amazon.com objects that several of the requests contained in Google's subpoena seek information that may be available from the plaintiffs in the above-entitled actions, and to the

AMAZON.COM'S RESPONSES AND OBJECTIONS TO
SUBPOENA SERVED BY GOOGLE, INC. (05-CV-8136 and 05-CV-8881)
45000-801 \ 241387                                                    -6-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1  extent this information has been sought from the plaintiffs, the request to Amazon.com is
2  duplicative and burdensome.

3      8.  Amazon.com objects to the definition of "Amazon" contained in the subpoena on the
4  ground that it is overly broad and unduly burdensome.  To the extent that Amazon.com produces
5  any documents in response to the subpoena, it will produce only those documents in the
6  possession, custody or control of Amazon.com.  Amazon.com will interpret the requests to call
7  for discovery from Amazon.com and the officers, employees and other agents through whom the
8  company acts.

9      9.  Amazon.com objects to the definition of "Amazon Book Search Project," on the
10  grounds that it is overbroad and not reasonably calculated to lead to the discovery of admissible
11  evidence.  By way of example, to the extent the definition encompasses any functionality that
12  permits "an index of books" to be searched on the Internet, it potentially encompasses all of the
13  functionality on the Amazon.com websites that permits consumers to search for and purchase
14  books.  Amazon.com further objects to this definition on the ground that it is nowhere used in
15  any of the individual requests for production in the subpoena; in the requests themselves, Google
16  has substituted a different term:  the "Amazon Book Project."

17      10. Amazon.com objects to Instruction No. 3, purporting to describe the "manner of
18  production" that "Google specifies" for responses to the subpoena.  Amazon.com objects on the
19  ground that this instruction seeks to impose requirements that are unduly burdensome and
20  expensive.  More generally, Amazon.com objects that, if it should be required to produce
21  documents in response to Google's subpoena, Google should be compelled to pay the costs of
22  the response and production in advance.

23      11. Amazon.com objects to Instruction No. 5 on the ground and to the extent it would
24  impose undue burden and expense on Amazon.com and is not reasonably calculated to lead to
25  the discovery of admissible evidence, particularly to the extent the instruction seeks to require
26  Amazon.com to provide software and metadata for any and all electronic documents that might
27  be produced in response to the subpoena.

AMAZON.COM'S RESPONSES AND OBJECTIONS TO
SUBPOENA SERVED BY GOOGLE, INC. (05-CV-8136 and 05-CV-8881)
45000-801 \ 241387                                                                -7-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1        12. Amazon.com objects to Instruction No. 7 on the ground that it is overly broad and

2    unduly burdensome to the extent it seeks to require Amazon.com to search out and attempt to

3    identify each and every responsive document that may have once existed and to describe the

4    circumstances of the destruction or disposal of each such document.

5        13. Amazon.com objects to Instruction No. 8 on the ground that it seeks to impose

6    additional requirements other than those established under applicable law for the identification

7    and assertion of privilege.  Amazon.com objects that substantial portions of the requests

8    contained in Google's subpoena improperly call for information and documents that are clearly

9    privileged (*e.g.,* Amazon.com's analyses of copyright, licensing and fair use issues), and such

10   requests should be quashed in their entirety rather than requiring Amazon.com to go through the

11   substantial burden and expense of preparing a detailed privilege log.

12       14. Amazon.com objects to Instruction No. 9 to the extent it seeks to impose upon

13   Amazon.com the protective order that has been entered into among and between Google and the

14   other parties in the above-entitled actions and purports to "instruct[]" Amazon.com "to produce

15   documents in accordance with its provisions."  The protective order is not sufficient to protect

16   Amazon.com's interests and the highly confidential, proprietary and trade secret information that

17   is sought by the requests contained in the subpoena.

18

19

20

21

22

23

24

25

26

27

AMAZON.COM'S RESPONSES AND OBJECTIONS TO
SUBPOENA SERVED BY GOOGLE, INC. (05-CV-8136 and 05-CV-8881)
45000-801 \ 241387                                                    -8-

**STOKES LAWRENCE, P.S.**
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

**SCHEDULE A**

**REQUESTS FOR PRODUCTION OF DOCUMENTS**

1. Documents sufficient to describe the Amazon Book Project, which should include documents concerning (a) the creation or acquisition of an electronic or digital copy of the book, (b) the creation of an electronic or digital index of each book, (c) the amount of each book Amazon has made or has plans to make available to the public for searching through an Internet search engine, and (d) the index and search features of the Amazon Book Project.

RESPONSE: Amazon.com objects to Request No. 1 on the ground that it is overly broad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence. By way of example, this request potentially would require Amazon.com to produce documents concerning or reflecting the process of offering digital images of or searching capabilities of the several hundred thousand books for which Amazon.com's Search Inside!™ functionality is offered. Amazon further objects that the request is ambiguous by use of the phrase "Amazon Book Project," which is not defined in the Google subpoena. To the extent this request is meant to incorporate the definition of "Amazon Book Search Project," it is overbroad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence because it potentially includes all searching and indexing functions consumers use on the Amazon.com websites. Amazon.com also objects that this request calls for information that is highly confidential, proprietary and constitutes trade secrets of Amazon.com

Without waiver of objections, Amazon.com responds that its Search Inside!™ and Look Inside the Book™ features are and have been described on Amazon.com's websites and in press releases, including the following:

1. http://www.amazon.com/gp/help/customer/display.html/104-7723806-6292744?ie=UTF8&nodeId=14061791 (Publishers and Authors: Join our Search Inside!™ Program);

2. http://www.amazon.com/Search-Inside-Book-Books/b?ie=UTF8&node=10197021 (Search Inside the Book; How it Works);

AMAZON.COM'S RESPONSES AND OBJECTIONS TO
SUBPOENA SERVED BY GOOGLE, INC. (05-CV-8136 and 05-CV-8881)
45000-801 \ 241387                                  -9-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

3.  http://www.amazon.com/gp/help/customer/display.html?nodeId=10197041 (What is Search Inside!™?);

4.  http://www.amazon.com/gp/help/customer/display.html?nodeId=13685751 (Frequently Asked Questions About Search Inside!™);

5.  http://www.amazon.com/gp/feature.html?docId=507108 (Letter from Jeff Bezos explaining Search Inside™ feature);

6.  http://phx.corporate-ir.net/phoenix.zhtml?c=97664&p=irol-newsArticle&ID=462057&highlight (Amazon.Com Launches "Search Inside the Book" Enabling Customers to Discover Books by Searching and Previewing the Text Inside);

7.  http://phx.corporate-ir.net/phoenix.zhtml?c=97664&p=irol-newsArticle&ID=465155&highlight (Amazon.com Announces Sales Impact from New Search Inside the Book Feature);

8.  http://phx.corporate-ir.net/phoenix.zhtml?c=97664&p=irol-newsArticle&ID=742155&highlight (Amazon.ca Launches "Search Inside!" Enabling Customers to Discover Books by Searching and Previewing the Text Inside);

9.  http://phx.corporate-ir.net/phoenix.zhtml?c=97664&p=irol-newsArticle&ID=748560&highlight (Amazon.co.uk Launches "Search Inside!™);

10. http://www.amazon.co.uk/exec/obidos/tg/feature/-/568127 (Search Inside! for Publishers, Publishers, Join Our Search Inside! Programme);

11. http://phx.corporate-ir.net/phoenix.zhtml?c=97664&p=irol-newsArticle&ID=732843&highlight (Amazon.de Launches "Search Inside!" Enabling Customers to Discover More than 100,000 Books by Searching and Previewing the Text Inside Books);

12. http://www.amazon.de/Search-Inside-B%FCcher/b?ie=UTF8&node=14224751 (With Full Text Search Find the Right Thing); and

AMAZON.COM'S RESPONSES AND OBJECTIONS TO
SUBPOENA SERVED BY GOOGLE, INC. (05-CV-8136 and 05-CV-8881)
45000-801 \ 241387                                   -10-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1

13. http://phx.corporate-ir.net/phoenix.zhtml?c=97664&p=irol-

2

newsArticle&ID=213928&highlight (Amazon.com Works with Publishers to Make

3

Millions of Book Pages Available for Customers to Flip Through, with Millions More

4

to Follow);

5

Amazon.com will not otherwise produce documents in response to this request.

6

7

2. Documents sufficient to show the title, author, copyright status, and copyright owners (a) of books currently available to the public through the Amazon Book Project, and (b) of books that Amazon has plans to make available to the public through the Amazon Book Project before December 31, 2009.

8

9

RESPONSE: See response and objections to Request No. 1. Amazon.com objects that

10

this request is overly broad, unduly burdensome and not reasonably calculated to lead to the

11

discovery of admissible evidence. The Search Inside!™ feature is available for hundreds of

12

thousands of titles on Amazon.com's web sites. Identifying all of these books, and the copyright

13

owners and copyright status of these books would be unduly burdensome. Without waiver of

14

objections, Amazon.com responds that books for which the Search Inside!™ feature is available

15

are identified on the Amazon.com websites. Amazon.com further objects that to the extent

16

Request No. 2 seeks to require Amazon.com to produce documents reflecting or concerning

17

future business plans, such information is highly proprietary and competitively sensitive.

18

Amazon.com will not produce other documents in response to this request.

19

20

3. All documents concerning any dispute with the Authors Guild, any author, or any copyright holder with respect to the Amazon Book Project, including (a) all communications between Amazon and the Authors Guild, any author, or any publisher, (b) any agreement between Amazon and the Authors Guild or any author, and (c) any analysis of copyright infringement or fair use.

21

22

23

RESPONSE: Amazon.com objects to this request on the ground that it is vague and

24

ambiguous, particularly with regard to the phrase "any dispute." Amazon.com further objects to

25

Request No. 3 to the extent it encompasses all agreements between Amazon.com and authors,

26

because the request is overly broad, unduly burdensome and not reasonably calculated to lead to

27

the discovery of admissible evidence. Amazon.com objects to Request No. 3 to the extent it

AMAZON.COM'S RESPONSES AND OBJECTIONS TO
SUBPOENA SERVED BY GOOGLE, INC. (05-CV-8136 and 05-CV-8881)
45000-801 \ 241387

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1  calls for "analysis of copyright infringement or fair use," as the request on its face would

2  encompass information and documents protected by the attorney-client privilege and the work

3  product doctrine. Without waiver of objections, Amazon.com responds that the Participation

4  Agreement whereby publishers and others can make their books available for the Search

5  Inside!™ feature is available at http://www.amazon.com/gp/sitb/publish. Amazon.com further

6  responds that it has not been sued by any author or publisher or any other party concerning its

7  Search Inside!™ and Look Inside the Book™ features. Amazon.com will not produce other

8  documents in response to Request No. 3.

> 4.  For each book in the Amazon Book Project that you have included in the Amazon
>     Book Project or that You plan to include in the Amazon Book Project before
>     December 31, 2009, documents sufficient to show you possess the legal right to
>     include each book in the Amazon Book Project, including all licenses.

RESPONSE: See response to Request No. 3. Amazon.com objects that Request No. 4 is

overly broad, unduly burdensome and not reasonably calculated to lead to the discovery of

admissible evidence. Amazon.com objects that information sought by this request may be

available from the plaintiffs in the above-entitled actions, and to the extent this information has

been sought from the plaintiffs, the request to Amazon.com is duplicative and burdensome.

Amazon.com further objects that, to the extent Request No. 4 seeks to require Amazon.com to

produce documents reflecting or concerning future business plans, such information is highly

proprietary and competitively sensitive. Amazon.com will not produce documents in response to

this request.

> 5.  With respect to each publisher and copyright owner identified in response to Request
>     No. 2, all contracts executed between Amazon and each such Person, or if no contract
>     has been executed, all communications reflecting the proposal to have the books of
>     such publisher or copyright owner included in the Amazon Book Project.

RESPONSE: See responses to Request Nos. 3 and 4. Amazon.com further objects that

Request No. 5 is overly broad, unduly burdensome and not reasonably calculated to lead to the

discovery of admissible evidence. Amazon.com objects that information sought by this request

AMAZON.COM'S RESPONSES AND OBJECTIONS TO
SUBPOENA SERVED BY GOOGLE, INC. (05-CV-8136 and 05-CV-8881)
45000-801 \ 241387                                    -12-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1   may be obtained from the plaintiffs in the above-entitled actions, and therefore the request is

2   duplicative and burdensome. Without waiver of objections, Amazon.com responds that an

3   example of an agreement by which publishers can sign up to participate in Search Inside!™ is

4   available at http://www.amazon.com/gp/sitb/publish. Amazon.com will not produce other

5   documents in response to this request.

6
7       6.  Documents sufficient to show the amount of a book You provide or plan to provide to
            an Internet user of the Amazon Book Project, including documents sufficient to
8           explain the reasons for selecting that amount of the book.

9       RESPONSE: Amazon.com objects that Request No. 6 seeks the production of

10  information that is highly confidential and proprietary to Amazon.com, and the request is overly

11  broad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible

12  evidence. Amazon.com will not produce documents in response to this request.

13      7.  Documents sufficient to show the security, access controls, user restrictions or digital
            rights management controls You have used or that you have considered using in
14          connection with the Amazon Book Project to prevent a piracy of a copyright book.

15      RESPONSE: Amazon.com objects that Request No. 7 seeks information and documents

16  that are highly confidential and proprietary to Amazon.com, and the request is overly broad,

17  unduly burdensome and not reasonably calculated to lead to the discovery of admissible

18  evidence. Amazon.com will not produce documents in response to this request.

19

20      8.  Documents created by Amazon, or that Amazon has received, sufficient to show (a)
            with respect to documents created or received by Amazon on or after January 1, 2003,
21          financial projections and performance for the Amazon Book Project, including
            revenues, costs, and contributions to Amazon's earnings or losses of the Amazon
22          Book Project, (b) Your belief, if any, of benefits or possible benefits to authors,
            publishers, copyright owners and the public from the Amazon Book Project, and (c)
23          Your belief, if any, of harms or possible harms to authors, publishers, copyright
            owners and the public from the Amazon Book Project.
24

25      RESPONSE: Amazon.com objects that Request No. 8 seeks information and documents

26  that are highly confidential and proprietary to Amazon.com, and the request is overly broad,

27  unduly burdensome and not reasonably calculated to lead to the discovery of admissible

AMAZON.COM'S RESPONSES AND OBJECTIONS TO
SUBPOENA SERVED BY GOOGLE, INC. (05-CV-8136 and 05-CV-8881)
45000-801 \ 241387                          -13-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1  evidence. Amazon.com further objects that the request is ambiguous in that it calls for "beliefs"

2  of Amazon or others. Amazon.com objects that Request No. 8 potentially calls for information

3  that is protected from disclosure by the attorney-client privilege and/or the work product

4  doctrine. Without waiver of objections, Amazon.com responds that it addressed the results of

5  the Search Inside!™ feature in a press release dated October 30, 2003 and available at

6  http://phx.corporate-ir.net/phoenix.zhtml?c=97664&p=irol-newsArticle&ID=465155&highlight.

7  Amazon.com will not produce other documents in response to this request.

8
      9.   All documents concerning the effect the Amazon Book Project has had or is expected
9           to have on book sales.

10     RESPONSE: See response and objections to Request No. 8. Amazon.com objects that

11  Request No. 9 seeks information that is highly confidential and proprietary to Amazon.com, and

12  the request is overly broad, unduly burdensome and not reasonably calculated to lead to the

13  discovery of admissible evidence. Amazon.com will not produce other documents in response to

14  this request.

15
      10.  Documents sufficient to show the data maintained by Amazon with respect to the sale
16          of individual books.

17     RESPONSE: Amazon.com objects that Request No. 11 is overly broad, unduly

18  burdensome and not reasonably calculated to lead to the discovery of admissible evidence. By

19  way of example, the request potentially calls for Amazon.com to produce all or major portions of

20  its sales, inventory and accounting records for all books sold on Amazon.com's websites for

21  some unspecified period of time, which potentially encompasses millions of books. The request

22  also seeks confidential and proprietary information of Amazon.com about its sales of individual

23  books. Amazon.com will not produce documents in response to this request.

24

25

26

27

AMAZON.COM'S RESPONSES AND OBJECTIONS TO
SUBPOENA SERVED BY GOOGLE, INC. (05-CV-8136 and 05-CV-8881)
45000-801 \ 241387                                    -14-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

11. A list showing each public library, research library, university library, and other library with whom you have entered into contractual discussions to have their library contents included in the Amazon Book Project.

RESPONSE: Amazon.com objects that Request No. 11 is vague and ambiguous. Without waiver of objections, Amazon.com responds that no libraries have participated in the Search Inside!™ or Look Inside the Book™ programs, and so Amazon.com is not aware of any documents that would be responsive to this request.

12. With respect to each library identified in response to Request No. 11, all contracts executed between Amazon and each library.

RESPONSE: See response to Request No. 11.

13. Documents sufficient to show your reasons for creating, developing, and maintaining the Amazon Book Project.

RESPONSE: Amazon.com objects that Request No. 13 seeks information and information that is highly confidential and proprietary to Amazon.com, and the request is overly broad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence. Amazon.com further objects that the request is vague and ambiguous. Amazon.com will not produce documents in response to this request.

14. All documents (including without limitation communications between Amazon and each of the entities, including their legal counsel, identified in Schedule C) concerning the Lawsuits or allegations against Google of copyright infringement in connection with the Google Book Search Library Project.

RESPONSE: Amazon.com objects to Request No. 14 on the ground that it potentially calls for information protected by the attorney-client privilege and/or the work product doctrine. Without waiver of objections, Amazon.com responds that the few communications of which it is aware consists of correspondence with certain of the plaintiffs in the above-entitled actions concerning requests for Amazon.com's consent to produce selected documents in the lawsuits.

---

AMAZON.COM'S RESPONSES AND OBJECTIONS TO
SUBPOENA SERVED BY GOOGLE, INC. (05-CV-8136 and 05-CV-8881)

45000-801 \ 241387                                    -15-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1    15. All public statements you have made regarding the Amazon Book Project.

2    RESPONSE:  Amazon.com objects that Request No. 15 is overly broad, unduly

3  burdensome, and not reasonably calculated to lead to the discovery of admissible evidence.

4  Without waiver of objections, Amazon.com responds that press releases issued by the company,

5  including those concerning the Search Inside!™ and Look Inside the Book™ features are

6  available on the Amazon.com website at http://phx.corporate-ir.net/phoenix.zhtml?p=irol-

7  mediaHome&c=176060.  See response to Request No. 1, above.  Amazon.com will not produce

8  other documents in response to this request.

9
10    Dated this 20th day of October, 2006.

11                            STOKES LAWRENCE, P.S.

12

13                            By
                                James C. Grant (WSBA #14358)
14
                              Attorneys for Amazon.com, Inc.
15

AMAZON.COM'S RESPONSES AND OBJECTIONS TO
SUBPOENA SERVED BY GOOGLE, INC. (05-CV-8136 and 05-CV-8881)
45000-801 \ 241387                    -16-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000