1
2
3
4
5
6
7

8
                UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF WASHINGTON
9

|  |  |
|---|---|
| THE AUTHORS GUILD, et al., | Case No.: |
| Plaintiffs, | |
| v. | 05-CV-8881-JES |
| GOOGLE, INC., | 05-CV-8136-JES |
| Defendant. | AFFIDAVIT OF SERVICE |
| THE McGRAW-HILL COMPANIES, INC., et al., | |
| Plaintiffs, | |
| v. | |
| GOOGLE, INC., | |
| Defendant. | |

STATE OF WASHINGTON       )
                            ) ss.
COUNTY OF KING               )

The undersigned, being first duly sworn, on oath states:

On October 20, 2006, I caused to be served via Electronic Mail and U.S. Mail, copies of the attached Amazon.com's Responses and Objections to Subpoena Served by Google, Inc. to the following parties:

AFFIDAVIT OF SERVICE -
45000-801 \ 241635.doc            -1-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

Joseph M. Beck (jbeck@kilpatrickstockton.com)
Alex S. Fonoroff (afonoroff@kilpatrickstockton.com)
Ronald L. Raider (rraider@kilpatrickstockton.com)
Kilpatrick Stockton LLP
1100 Peachtree Street, #2800
Atlanta, GA   30309-4530

Adam H. Charnes (acharnes@kilpatrickstockton.com)
Kilpatrick Stockton LLP
1001 West 4th Street
Winston-Salem, NC   27101-2400

Jeffrey A. Conciatori (jeffreyconciatori@quinnemanuel.com)
Quinn Emanuel Urquhart Oliver & Hedges
335 Madison Avenue, 17th Floor
New York, NY   10017

Attorneys for Defendant Google

---

Stanford P. Dumain (sdumain@milbergweiss.com)
Laura Gundersheim (lgundersheim@milbergweiss.com)
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY   10119-0165

Michael J. Boni (mboni@kohnswift.com)
Kate Reznick (kreznick@kohnswift.com)
Kohn, Swift & Graf, PC
One South Broad Street, #2100
Philadelphia, PA   19107

Attorneys for Plaintiff The Author's Guild

---

Bruce P. Keller (bpkeller@debevoise.com)
Jeffrey P. Cunard (jpcunard@debevoise.com)
James J. Pastore, Jr. (jjpastor@debevoise.com)
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY   10022

Attorneys for Plaintiffs Herbert Mitgang, Betty Miles and Daniel Hoffman

_Sharon Damon_
Sharon Damon

AFFIDAVIT OF SERVICE -
45000-801 \ 241635.doc                    -2-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1   SUBSCRIBED AND SWORN TO before me on October 20, 2006.

2

3                                          _Lauralwech_
                                           [PRINT NAME]  _Laura · L. Wech_
4                                          NOTARY PUBLIC for the State of Washington,
                                           residing at _Seattle, WA_
5                                          My appointment expires _07/29/09_

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

AFFIDAVIT OF SERVICE -
45000-801 \ 241635.doc                        -3-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000