

"Sharon G. Damon" <SGD@stokeslaw.com>
10/20/2006 02:39 PM

To <newcases.seattle@wawd.uscourts.gov>
cc "James C. Grant" <James.Grant@stokeslaw.com>, <jbeck@kilpatrickstockton.com>, <afonoroff@kilpatrickstockton.com>,
bcc
Subject USDC Southern District of New York Case Nos. 05-CV-8136-JES and 05-CV-8881-JES

RE:  USDC Southern District of New York Case Nos. 05-CV-8136-JES and 05-CV-8881-JES.

On October 4, 2006 a Subpoena was delivered to amazon.com in Seattle, Washington on behalf of Google, Inc.

Attached please find Amazon.com's Responses and Objection to Subpoena Served By Google, Inc. and an Affidavit of Service.

I was advised by a clerk in the USDC Western District of Washington that any objections to the subpoena should be filed with your office.  I also understand that you will send me a Seattle case number along with a miscellaneous new matter filing fee for further filings on this subpoena matter.  Thank you.

Sharon Damon
Stokes Lawrence, P.S.
800 Fifth Avenue, Suite 4000
Seattle, Washington 98104
Office:  206-626-6000
Direct:  206-892-2113
Fax:     206-464-1496

Assistant to James C. Grant ([james.grant@stokeslaw.com](james.grant@stokeslaw.com))

*This e-mail may contain confidential information which is legally privileged. The information is solely for the use of the addressee(s) named above. If you are not the intended recipient, any disclosure, copying, distribution or other use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please notify us by return e-mail and delete this message. Thank you.*

[PDF] Amazon.com's Responses and Objections to Subpoena.pdf

[PDF] Affidavit of Service.pdf