# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### OFFICE OF THE CLERK

**BRUCE RIFKIN**  
**CLERK**

**700 STEWART ST LOBBY LEVEL**  
**SEATTLE, WASHINGTON 98101**

October 10, 2008

James C. Grant  
1201 Third Ave, Suite 2200  
Seattle, WA 98101-3045

RE:    Miscellaneous Action Number 2:06-MC-00173 RSM  
        Title:   The Author's Guild et al v. Google Inc

Dear Mr. Grant:

A review of our file indicates there has been no activity in the above captioned case since 10/20/2006, when RESPONSES and OBJECTIONS was entered.

Please notify the court via the Electronic Case Filing System as to the status of this case. Be advised that if there is no response within ten (10) working days, this case will be closed for statistical purposes.

Sincerely yours,

BRUCE RIFKIN, Clerk

By:  <u>s/Jeremy Sites</u>  
     Jeremy Sites  
     Deputy Clerk